```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     18cr336-2(DLC)
UNITED STATES OF AMERICA,                :
                                         :        ORDER
          -v-                            :
                                         :
MIGUEL RIVERA,                           :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This case having been reassigned to this Court on April 11, 2024, and the defendant having filed a motion for the early termination of supervised release, it is hereby

ORDERED that the motion is denied.

Dated:  New York, New York
        April 12, 2024

                              _____
                                     DENISE COTE
                              United States District Judge